**UNITED STATES of America, Appellant, v. Robert K. MALCOLM, Appellee.**

No. 6243.

Circuit Court of Appeals, Ninth Circuit.

Feb. 24, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States answering certain questions of law certified by this court having been filed, it is ordered that the judgment of the said District Court in this cause be, and hereby is, affirmed; mandate forthwith. See 51 S. Ct. 184, 75 L. Ed. ——.

**UNITED STATES of America, Appellant, v. William H. MILLER, Appellee.**

No. 6384.

Circuit Court of Appeals, Ninth Circuit.

Feb. 25, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel and motion of appellant, ordered appeal in this cause dismissed; mandate forthwith.

**UNITED STATES of America, ex rel. WONG HIM (Ham), Relator-Appellant, v. C. W. PIERCE, United States Inspector-in-Charge, at the Port of New York, Respondent-Appellee.**

No. 325.

Circuit Court of Appeals, Second Circuit.

March 16, 1931.

Mark E. Cymrot, of New York City (John M. Lyons, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**YEE MON WAH, Appellant, v. John D. NAGLE, Commissioner of Immigration for the Port of San Francisco, Appellee.**

No. 6328.

Circuit Court of Appeals, Ninth Circuit.

Feb. 25, 1931.

For opinion below, see 43 F.(2d) 459.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal in this cause dismissed; mandate forthwith.